IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:23-cv-00002 ) ) JUDGE CAMPBELL |
| BRIAN SPENCER and FICTITIOUS PERSONS 1-10, | ) MAGISTRATE JUDGE HOLMES ) ) |
| Defendants. | ) |

## ORDER

Pending before the Court is Plaintiff's Motion for Citation of Contempt and for Emergency Relief. (Doc. No. 17). Plaintiff states that Defendant disclosed the identities of Plaintiff and Plaintiff's wife, which was in direct contravention of the Temporary Restraining Order prohibiting Defendant from "disclosing Plaintiff's identity to anyone else." (*Id*. (citing Doc. No. 9)). Plaintiff requests the Defendant's Memorandum in Opposition to Temporary Restraining Order be placed under seal and that the Court hold Defendant in contempt for violation of the Temporary Restraining Order.

The Motion (Doc. No. 17). is **GRANTED** in part. The Clerk is directed to seal Docket Entry No. 14. The request that Defendant be cited for contempt is **DENIED**. However, Defendant is cautioned to comply with the Court's order regarding disclosure of Plaintiff's identity and to redact such information, including names and identifying photographs, from future filings.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE