# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT COLUMBIA

| | | |
|---|---|---|
| **JOHN DOE** | ) | |
| | ) | **Case No. 1:23-cv-0002** |
| **v.** | ) | **Judge Campbell** |
| | ) | **Magistrate Judge Holmes** |
| **BRIAN SPENCER** | ) | |

## ORDER

Between January 27, 2023, and January 31, 2023, the Court received improper email communications from or on behalf of the parties in this case. Ultimately, chambers staff directed that no further communications to the Court be made except in compliance with the Federal Rules of Civil Procedure and the Court's local rules. The email communications are separately filed under seal so that the record is complete for the benefit of this Court, as well any reviewing court or judicial officer.[1]

The parties and their counsel are reminded that requests for relief from or action by the Court must be made by a properly filed motion with service to the opposing party or their counsel. Neither party nor anyone on their behalf, including counsel, shall engage in any further communications with the Court about this case unless expressly permitted or directed by the Court. Failure to proceed as directed or to otherwise comply with an order of the Court may result in any of the sanctions authorized by Fed. R. Civ. P. 16(f).

---

[1] The communications are placed under seal out of an abundance of caution, given the temporary restraining order issued by Judge Campbell on January 11, 2023. (Docket No. 9.) However, placing the communications under seal must not be construed or relied on as an expression of any opinion as to the scope of the temporary restraining order or the parties' respective conduct relative to the temporary restraining order. Further, the question of whether the communications may properly remain under seal under applicable Sixth Circuit law may be reviewed by the Court any time, upon appropriate motion of a party or *sua sponte*.

The Clerk is directed to send a copy of this Order to Defendant at the address of record by first class mail only.

It is SO ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge