IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

JOHN DOE )
)
v. ) NO. 1:23-00002
)
BRIAN SPENCER, et al. )

## **O R D E R**

This civil case, in which Defendant Brian Spencer proceeds *pro se*, has been referred to the Magistrate Judge for pretrial proceedings under 28 U.S.C. §§ 636(b)(1)(A) and (B), Rule 72 of the Federal Rules of Civil Procedure, and the Local Rules of Court. *See* Order entered March 17, 2023 (Docket Entry No. 35).

Pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure, the parties in this case are exempt from the initial disclosures required by Rule 26(a) and the requirements of Rule 26(f). Pursuant to Local Rule 16.01(c)(1), this case is exempt from customized case management.

Defendant Spencer has filed four motions to dismiss (Docket Entry Nos. 28, 29, 30, and 31). Also before the Court are Plaintiff's response to the motions (Docket Entry No. 32) and Defendant Spencer's reply (Docket Entry No. 34). Upon initial review of the filings, the Court finds that a sur-reply from Plaintiff would be beneficial to resolution of the issue of personal jurisdiction. Accordingly, Plaintiff must file a sur-reply by **April 7, 2023** that addresses the personal jurisdiction arguments made by Defendant Spencer in his reply. No other filings on these motions from either party will be permitted unless directed by the Court.

The parties are advised that the Court will delay entering a scheduling order in this case until resolution of Defendant Spencer's motions. Discovery in the case is stayed pending

resolution of the motions and the entry of a scheduling order or further orders. The Court will address the pending motions as promptly as possible given the Court's substantial workload and docket of other cases, including a large number of already pending matters that will take precedence over this case.

    So ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge