IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 1:23-cv-00002 |
| | ) | |
| v. | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE HOLMES |
| BRIAN SPENCER, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge recommending Defendant's motions to dismiss (Doc. Nos. 28, 29, 30, 31) be denied and that Defendant be required to answer the complaint. (Doc. No. 38).

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service (Doc. No. 38 at 13). No objections have been filed.

The Court has reviewed the Report and Recommendation (Doc. No. 38) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, Defendant's motions to dismiss (Doc. Nos. 28, 29, 30, 31) are **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE