IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT COLUMBIA

| | | |
|---|---|---|
| JOHN DOE | ) | |
| | ) | |
| v. | ) | NO. 1:23-cv-00002 |
| | ) | Campbell/Holmes |
| BRIAN SPENCER | ) | |

**O R D E R**

Defendant has filed a motion (Docket Entry No. 52) "to certify that court documents are being mailed to Defendant." By his motion, Defendant asserts that (1) he has not received through the mail the Report and Recommendation (Docket Entry No. 50) entered on October 11, 2023, and (2) he mailed a motion to withdraw his countersuit in August 2023, that was not filed in this case even though he states that he has "certified receipts" that the motion was delivered to the Clerk's office.

To the extent that Defendant seeks any substantive relief from the Court, the motion is DENIED. Although the docket reflects that mail has been sent to Defendant's address of record (Brian Spencer, 47 Dean Place, East Bridgewater, MA 02333) in the normal manner by regular, first class mail, the Court has alerted the Clerk's Office to the issue raised in Defendant's motion.

Given the issue raised by Defendant, the Court conditionally grants Defendant permission to become a registered user of the CM/ECF electronic filing system in order to make electronic filings and receive notifications of electronic filings.Local Rule of Court 5.02 and Administrative Order 167-1 provide for Electronic Case Filing ("ECF") and permit *pro se* parties to file electronically if registered as provided in Section 7 of Administrative Order 167-1.

Plaintiff should contact Greg Bowersock in the Clerk's office to receive information on how to use the CM/ECF system. To do this, Plaintiff can call the Clerk's office at 615-695-2829

and speak to Mr. Bowersock or he may email Mr. Bowersock at Greg_Bowersock@tnmd.uscourts.gov. If Plaintiff is permitted to use the CM/ECF system without first attending the training class, he must comply with the Amended Practices and Procedures for Electronic Case Filings, as set out in Administrative Order 167-1. Repeated instances of a failure to follow the proper procedures for electronic filing may result in reconsideration of the instant Order.

Any party objecting to this Order may do so by filing a motion for review no later than fourteen (14) days from the date this Order is served upon the party. The objections/motion for review must be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for the objection. *See* Rule 72.01(a) of the Local Rules of Court. Responses to the objections/motion for review must be filed within fourteen (14) days of service of the motion for review. *See* Rule 72.01(b) of the Local Rules of Court.

It is SO ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge

2

Case 1:23-cv-00002   Document 53   Filed 12/06/23   Page 2 of 2 PageID #: 367