IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT COLUMBIA

| | | | |
|---|---|---|---|
| JOHN DOE | ) | | |
| | ) | | |
| v. | ) | NO. 1:23-cv-00002 | |
| | ) | Campbell/Holmes | |
| BRIAN SPENCER | ) | | |

**O R D E R**

By Order entered March 4, 2024 (Docket Entry No. 54), the District Judge adopted the pending report and recommendation and denied the several motions to dismiss that were filed by Defendant Brian Spencer.

Accordingly, Defendant Spencer must now file an answer to the complaint no later than **April 1, 2024**. Upon the filing of Defendant's answer, the Court will enter a scheduling order that sets out deadlines for further pretrial activity in the case. Defendant Spencer is cautioned that failure to file an answer as directed may result in entry of judgment against him.

So ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge