# Form 1B

## Notice of Appeal to a Court of Appeals From an Appealable Order of a District Court

United States District Court for the
District of Tennessee
Docket Number 1:23cv-00002

| |
|---|
| John Doe , Plaintiff<br>v.<br>Brian Spencer , Defendant |

Notice of Appeal

**Brian Spencer appeal to the United States Court of Appeals for the 6th Circuit from the "MEMORANDUM and ORDER" upholding the district court judge magistrate's findings and order on jurisdiction over the defendant and all it includes dated 3/4/2023**

For the following reasons:
The Order denying the defendants motions that the court does not have Jurisdiction over him under the Tennessee long arm statute.

Defendant intends that the alleged mailing of the cards does not satisfy the minimum contacts with the forum.

Defendant also will appeal based on the improper filing of the case in which the Plaintiffs attorney filed stating he "VERIFIED" the death threat to which also the defendant would show this was NOT verified at the Plaintiff's attorney's own admission and the Plaintiff is seeking damages for pain and suffering along with mental anguish due to the falsely reported death threat and it is being allowed into the case citing "within the realm of reasonableness" however there's no mention or statement directed to the Plaintiff regarding his death.

The Magistrate Judge requested more information from the Plaintiff's attorney with a Sur-Reply after the attorney responded to the Defendant's responses. The Judge then directed the Defendant not to respond in such giving the Plaintiff's attorney more opportunity to state his case supporting Jurisdiction for more clarity by denying the Defendant the opportunity to

respond is denying his right to due process and by not allowing a response perdinant information is not being considered and left out by the Federal court Judge.

Mailings of crucial findings were not mailed to the Defendant IE the Report and Recommendations by Honorable Judge Barabara Holmes along with the denial of a countersuit to which the Defendant was unable to read the report and recommendation and properly defend and countersue.

Defendant requested a copy be sent again by filing a motion and more time was granted to which it was sent and granted however he tried to construct a countersuit and without the report it caused him to be handicapped to the proceedings denying his due process. The Defendant called the Court numerous times leaving messages that documents were not being received at his home address and was not called back not sent any documents and then later granting access to the online system came without any training unless the defendant was able to go to the courthouse to attend and being from another state he is unable to attend. this has caused even more delays and obstacles to his defense to which denies a fair trial.

entered on ___3/4/23

Sincerely Brian Spencer Pro-Se
47 Dean Pl. East Bridgewater MA 02333