# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 20, 2024

Mr. Brian Spencer
47 Dean Place
East Bridgewater, MA 02333-1473

           Re: Case No. 24-5251, *John Doe v. Brian Spencer, et al*
                Originating Case No. 1:23-cv-00002

Dear Mr. Spencer,

  This appeal has been docketed as case number **24-5251** with the caption that is enclosed on a separate page. Please review the caption for accuracy and notify the Clerk's office if any corrections should be made. The appellate case number and caption must appear on all filings submitted to the Court.

  As the appellant, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, which you have signed. Copies are no longer necessary. **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**. You must mail opposing counsel a copy of every document you send to the Clerk's office for filing.

  Opposing counsel will docket pleadings as an ECF filer. Check the ECF page on the court's web site www.ca6.uscourts.gov for additional information about ECF filing if you are not familiar with it. The following forms are due by **April 3, 2024**.

          Appellee:    Appearance of Counsel
                         Disclosure of Corporate Affiliation
                         Application for Admission to 6th Circuit Bar (if applicable)

  You have until **April 19, 2024** to either pay the $605.00 appellate filing fee or file a motion for leave to proceed on appeal in forma pauperis and an accompanying financial affidavit. Either one must be paid/filed with the U.S. District Court. **Failure to do one or the other may result in the dismissal of the appeal without further notice**. If you move for pauper status and the district court denies your motion in part or in full, or if you are otherwise dissatisfied with the district court's ruling, you may renew the motion for pauper status in this court within 30 days of that ruling.

  The Clerk's office cannot give you legal advice but if you have questions about the forms, please contact the office for assistance.

                Sincerely yours,

                s/Virginia Lee Padgett
                Case Manager
                Direct Dial No. 513-564-7032

cc: Mr. Matthew D. Wilson

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 24-5251

JOHN DOE

    Plaintiff - Counter Defendant - Appellee

v.

BRIAN SPENCER

    Defendant - Counter Plaintiff - Appellant

and

FICTITIOUS PERSONS 1-10

    Defendant