IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

JOHN DOE
PLAINTIFF ,

v.  CIVIL ACTION NO.  <u>1:23-cv-00002</u>

BRIAN SPENCER DEFENDANT



**DEFENDANTS REQUEST THE COURT GRANT 14 DAYS MORE TO FILE PAPER WORK AS INSTRUCTED IN THE MOST RECENT ORDER DENYING HIS MOTION TO DISMISS.**

COMES NOW, the Defendant, Brian Spencer respectfully requesting the court grant 14 days from today 03/29/2024 to submit the ordered paperwork. The Defendant has been medically unable to perform normal daily duties due to his recent medical issues. Defendant submitted an "Notice of Appeal" following the most recent order and is currently working to complete that paperwork as well. Defendant feels confident all will be completed within if granted these 14 days.

03/29/2024

Respectfully

BRIAN SPENCER