IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

JOHN DOE
PLAINTIFF ,

v.  CIVIL ACTION NO. 1:23-cv-00002

BRIAN SPENCER
DEFENDANT

NOW COMES DEFENDANT Brian E. Spencer.
Defendant would respectfully ask the court to remove the most recent submissions in document 71 dated 5/16/2024 in regards to referenced material about the Defendant's place of employment "CrownCastle". Plaintiff's attorney Wilson created a PDF Using the Company's website and submitted it into evidence in what appears to be his way of showing the Defendant is of 18yrs of age and not currently serving in the military. Wilson infers that he does not know the Defendants date of birth and rather than request this he chose to make an unauthorized reproduction of the Defendant's place of employments corporate website linking this case unnecessarily to his employer.

The Defendant would call into question Wilson's intentions, are they in the best interest of his client? Causing the Defendant to lose his employment would only result in the Defendant to be even less able to pay any type of relief, if so ordered. This case has already caused the defendant to suffer a major stroke leaving him with paralysis on his entire left side and still dealing with the residual effects in physical therapy. One might assume that Wilson is only looking for the public recognition to further his personal agenda as stated on his social media sites when the new law was adopted in October of 2022 stating "I told my wife this is a great opportunity to help people that have dealt with revenge porn" or when all of the evidence he submitted was anonymously submitted to WKRN in TN causing them to put out a segment depicting the entire case the same day the Defendant was served with the documents informing him of this case.

Wilson since the beginning of this case has taunted, harassed, insulted and now is attempting to embarrass the defendant and possibly cause his employment to be terminated by submitting these documents into the case file. The defendant has already had numerous calls from the media, countless menacing and threatening phone calls accompanied with calls being made to his place of employment inquiring about such things as status, pay rate and retirement funds the defendant participates in. I would ask the Court what purpose does it serve to allow these to be used? The Defendant will provide his name and date of birth at anytime.

The Defendant did submit a request to stay in writing to the Court and was under the impression it was still being contemplated and if it would please the court I will

electronically submit the motion to stay while he appeals however this is going to be met by Wilson with objection; however the Defendant cannot control what was submitted once it reaches the US mail anymore than he can control what is sent from one court to the next as noted by Wilson when he refers to defendant's request for a refund.

RESPECTFULLY SUBMITTED, on this the 20th day of May 2024,

BY: _____
Brian Spencer Pro-Se

Prepared by: Brian Spencer Pro-Se
47 Dean Pl.
East Bridgewater MA 02333