IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT COLUMBIA

| | | |
|---|---|---|
| JOHN DOE | ) | |
| | ) | |
| v. | ) | NO. 1:23-00002 |
| | ) | |
| BRIAN SPENCER | ) | |

**O R D E R**

On August 1, 2025, the *pro se* Defendant filed on the docket four requests for discovery that are directed to Plaintiff. *See* Docket Entry Nos. 87-90. However, as required by Rule 5(d)(1) of the Federal Rules of Civil Procedure, discovery requests such as the noted filings made by Defendant must not be filed until they are used in the proceeding or the court orders filing. Defendant's recent filings do not comport with Rule 5(d)(1) and unnecessarily add to the congestion of the docket in this case. The Clerk is therefore **DIRECTED** to strike Docket Entry Nos. 87-90 from the docket.

**No further discovery notices or requests shall be filed by any party in this case without a proper purpose**, such as in connection with a summary judgment motion, a permitted discovery motion, or order of the Court. The Court will strike any additional improper discovery filings and will consider other appropriate relief.

It is SO ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge