IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT COLUMBIA

| | | |
|---|---|---|
| JOHN DOE | ) | |
| | ) | Case No. 1:23-cv-00002 |
| v. | ) | Chief Judge Campbell |
| | ) | Magistrate Judge Holmes |
| BRIAN SPENCER | ) | |

NOW COMES the Plaintiff, appearing pro se, respectfully submits this request for limited clarification and relief regarding interrogatories previously served on Defendant. Plaintiff seeks to ensure compliance with all applicable orders and deadlines, while preventing any inadvertent prejudice caused by a misunderstanding of procedure.

1. Plaintiff served a set of interrogatories on Defendant prior to the close of discovery. Plaintiff believed these interrogatories were timely served in accordance with the Court's scheduling order.

2. In addition to serving Defendant's counsel, Plaintiff also uploaded a copy to the Court's electronic filing system, under the belief that the Court required a copy for its records. Plaintiff now understands that, under the most recent order, such discovery requests were to be served directly on counsel and not filed with the Court. This was a good-faith misunderstanding, not an attempt to disregard the Court's instructions.

3. During the discovery period, Plaintiff engaged several times in what he believed were good-faith settlement discussions with Defendant's counsel. Plaintiff understood these negotiations to be ongoing and did not anticipate they would be used to assert that discovery obligations had expired.

4. Defendant has now objected to all interrogatories solely on the basis that the discovery deadline has passed.

Plaintiff has acted at all times with the intent to comply with the Court's rules and deadlines. Any procedural misstep was due to inexperience as a self-represented litigant, not bad faith. Plaintiff seeks only to clarify whether the interrogatories served require a response and, if so, to ensure they are answered without disruption to the trial schedule.

Plaintiff respectfully requests that the Court clarify whether the interrogatories served prior to the close of discovery require a response. If so, Plaintiff requests that Defendant be ordered to provide substantive answers within a time frame set by the Court.

In the alternative, to the extent the Court determines that the discovery deadline has technically passed, Plaintiff requests a brief and limited extension of time solely for the purpose of allowing responses to the interrogatories already served, so as to prevent prejudice and ensure that this matter is resolved on its merits.

Plaintiff appreciates the Court's consideration and remains committed to complying fully with all orders and deadlines, and to proceeding toward trial without unnecessary delay.

Respectfully submitted,

_[signature: Brian Spencer]_

Plaintiff, Pro Se

Date: _____8-10-2025_____

I Brian Spencer affirm I have notified the Attorney for the opposing party with the above document via Electronic Mail and usps to the following address on this day August 10th 2025

**Matthew Wilson**

**2218 W.Main St.Suite B**
**Tupelo, MS 38801**