IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT COLUMBIA

| | | |
|---|---|---|
| JOHN DOE | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-00002 |
| | ) | Campbell/Holmes |
| BRIAN SPENCER | ) | |

## O R D E R

On August 10, 2025, the *pro* se Defendant made a filing that refers to discovery requests he ostensibly served upon Plaintiff and that appears to request some type of advisory opinion from the Court. *See* Docket Entry No. 94. Although not styled as a motion, the filing has been docketed as a motion to compel.

Because it may not have been clear that Defendant's filing is a motion, the Court extends the response deadline for the motion, and Plaintiff is **ORDERED** to file a response to the motion by no later than **September 8, 2025**.

Defendant is advised that his filling is itself confusing for another reason because he incorrectly refers to himself as the "Plaintiff" throughout his filing. Defendant should take care that his future filings do not contain this same error.

It is **SO ORDERED**.

_____
BARBARA D. HOLMES
United States Magistrate Judge