# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT COLUMBIA

| | |
|---|---|
| JOHN DOE ) | |
| ) | |
| v. ) | NO. 1:23-cv-00002 |
| ) | Campbell/Holmes |
| BRIAN SPENCER ) | |

## O R D E R

Pending before the Court is the motion for summary judgment (Docket Entry No. 100) filed by Plaintiff. Defendant shall have until **December 12, 2025**, to file a response to the motion. Defendant's response shall not exceed twenty-five pages. Plaintiff shall have fourteen (14) days after the response to file a reply, which shall not exceed five (5) pages. No sur-reply from Defendant is permitted.

Defendant is advised that Rule 56(a) of the Federal Rules of Civil Procedure mandates that summary judgment be granted if Plaintiff shows that there is no genuine dispute as to any material facts and that Plaintiff is entitled to a judgment as a matter of law. If Plaintiff properly shows the absence of a genuine dispute for trial, Defendant must show that the material facts are genuinely disputed. Defendant may do this by setting forth affirmative evidence and/or citing to materials in the record, including depositions, documents, electronically stored information, affidavits or declarations, stipulations, admissions, interrogatory answers, or other materials, or by showing that the materials cited by Plaintiff do not establish an undisputed fact or that they cannot produce admissible evidence to support such fact(s).

Defendant is also advised that, in order to dispute the facts submitted by Plaintiff, he must specifically respond to the statement of undisputed facts in accordance with Local Rule 56.01(c), by responding to each fact set forth by in that statement by either (1) agreeing that the

fact is undisputed; (2) agreeing that the fact is undisputed for the purposes of ruling on summary judgment; or (3) by demonstrating that the fact is disputed, with specific citation to the record. Defendant may include the responses to each fact listed on the same copy of the statement of undisputed facts with which he was served, and then file that document together with the response. If Defendant needs more space to respond to the statement of undisputed facts, Defendant may attach additional pages thereto.

Finally, Defendant is advised that failure to file a timely response to the motion could result in the motion being granted.

It is **SO ORDERED**.

**Signed By:**
*J. Gregory Wehrman*
**United States Magistrate Judge**