IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT COLUMBIA

| | | |
|---|---|---|
| JOHN DOE | ) | |
| | ) | |
| v. | ) | NO. 1:23-cv-00002 |
| | ) | Campbell/Holmes |
| BRIAN SPENCER | ) | |

**O R D E R**

Defendant's motion (Docket Entry No. 105) for leave to file a sur-reply is **GRANTED**. The Clerk is directed to docket the proposed sur-reply, which is contained on the docket at Docket Entry No. 105-1, as Plaintiff's sur-reply to the pending motion for summary judgment.

So **ORDERED**.

Signed By:

*J. Gregory Wehrman*

**United States Magistrate Judge**