**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **JOHN DOE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 1:23-cv-00002** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **BRIAN SPENCER and FICTITIOUS** | ) | **MAGISTRATE JUDGE HILL** |
| **PERSONS 1-10,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The Court is in receipt of the parties' joint status report and motion for entry of consent decree. (Doc. No. 115). The parties state that they have reached an agreement to resolve the case. Pursuant to that agreement, they jointly request the Court enter a consent decree as proposed in the motion and dismiss the case with prejudice.

The motion is **GRANTED**. The Consent Decree will enter by separate order. Pursuant to the agreement of the parties, following the entry of the Consent Decree, this case is **DISMISSED WITH PREJUDICE** and the Clerk shall close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE